## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JAQUELINE LEWIS-GRIFFIN**<br>**on behalf of herself**<br>**and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NOS.** |
| **v.** | ) ) ) ) | **1:09-CV-1601-CAP**<br><br>**1:09-MD-02035-CAP** |
| **RBS WORLDPAY, INC.** | ) ) ) | |
| **Defendant.** | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Jacqueline Lewis-Griffin and Defendant RBS WorldPay, Inc. ("RBSW"), parties in the above numbered Civil Actions, by and through their respective undersigned counsel, hereby stipulate to the dismissal without prejudice of Plaintiff's Complaint, including each and every claim set forth therein, and with all parties to bear their own costs.

[Signatures on following page]

Respectfully submitted this 29th day of June, 2009.

s/ David M. Cuppage w/ permission

John R. Climaco
jrclim@climacolaw.com
David M. Cuppage
dmcupp@climacolaw.com
Scott D. Simpkins
sdsimp@climacolaw.com

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone:  (216) 621-8484
Facsimile:  (216) 771-1632

D. Scott Kalish
scottkalishcollc@cs.com
405 Western Reserve Building
1468 West Ninth Street
Cleveland, Ohio  44113
Telephone:  (216) 502-0570
Facsimile:  (216) 502-0569

Frank E. Piscitelli, Jr.
frank@pischitellilaw.com
55 Public Square, Suite 1950
Cleveland, Ohip 44115
Telephone:  (216) 931-7000
Facsimile (216) 931-9925

***Counsel for Plaintiff***

s/ Lawrence J. Bracken II

Lawrence J. Bracken II
Georgia Bar No. 073750
lbracken@hunton.com
Jason M. Beach
Georgia Bar No. 043606
jbeach@hunton.com

HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:  (404) 888-4000
Facsimile:  (404) 888-4190

David F. Adler
Ohio Bar No. 0037622
dfadler@jonesday.com
Andrew G. Fiorella
Ohio Bar No. 0077005
agfiorella@honesday.com

JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

***Counsel for Defendant,
RBS WorldPay, Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing

**STIPULATION OF DISMISSAL** was filed electronically with the Court.  Notice

of this filing will be sent by operation of the Court's electronic filing system which

will send notification of such filing to the following counsel of record for the

Plaintiff:

John R. Climaco, Esq.
*jrclim@climacolaw.com*

David M. Cuppage, Esq.
*dmcupp@climacolaw.com*

Scott D. Simpkins, Esq.
*sdsimp@climacolaw.com*

D. Scott Kalish, Esq.
*scottkalishcollc@cs.com*

Frank E. Piscitelli, Jr., Esq.
*frank@pischitellilaw.com*

Everette L. Doffermyre, Jr., Esq.
*edoffermyre@dsckd.com*

Ralph Irving Knowles, Jr., Esq.
*rknowles@dsckd.com*

Martha J. Fessenden, Esq.
*mfessenden@dsckd.com*

Jamie L. Sheller, Esq.
*JLSheller@sheller.com*

Tracy D. Rezvani, Esq.
*trezvani@@finkelsteinthompson.com*

The undersigned counsel hereby certifies that a copy of this document was

also sent via e-mail, per agreement of the parties, to Plaintiffs' attorneys Mila F.

Bartos, Esq. and Karen J. Marcus, Esq., properly addressed as follows:

Mila F. Bartos, Esq.
*mbartos@finkelsteinthompson.com*

Karen J. Marcus, Esq.
*kmarcus@finkelsteinthompson.com*

This 29th day of June, 2009.

s/ Lawrence J. Bracken II
Lawrence J. Bracken II